BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (telephone)
(916) 554-2900 (facsimile)

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCICA, | CASE NO. 2:11-CR-00289 WBS |
| Plaintiff, | **UNITED STATES OF AMERICA'S REQUEST TO FILE SUR-REPLY REGARDING DEFENDANTS' REQUEST FOR EVIDENTIARY HEARING AND [PROPOSED] ORDER** |
| v. | |
| ANTONIO MORENO-NANEZ, and FERNANDO MORENO-CAMACHO, | |
| Defendants. | Date: October 17, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb |

**REQUEST FOR LEAVE OF COURT TO FILE SUR-REPLY**

The United States hereby requests leave of Court to file a sur-reply regarding the need for an evidentiary hearing on Defendants' Motions to Suppress [Docket Entries 16-17].  Defendant Antonio Moreno-Nanez did not request such a hearing in his moving papers and defendant Fernando Moreno-Camacho included only two conclusory sentences regarding an evidentiary hearing.  In contrast, Defendants' Joint Reply is almost entirely focused on the need for such a hearing. Accordingly, the United States requests leave to file a sur-reply responding to Defendants'         arguments that an evidentiary

USA's Request to File Sur-Reply

1

hearing is warranted.  The United States further reserves the right to make further arguments at the hearing on October 17, 2011, as permitted by the Court.

Respectfully submitted,

DATED: October 13, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

### ORDER

This matter came before the Court on the United States's Request for Leave to File Sur-Reply.  For the reasons stated in the United States's Request, and good cause showing, the Court GRANTS the United States leave to file its Sur-Reply.

IT IS SO ORDERED.

DATED: October 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE