DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO MORENO-NANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-289 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| ANTONIO MORENO-NANEZ FERNANDO MORENO-CAMACHO, | Date: March 12, 2012 Time: 9:30 a.m. Judge: William B. Shubb |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant U.S. Attorney, and defendants, ANTONIO MORENO-NANEZ by and through his counsel, Lexi Negin, Assistant Federal Defender, and FERNANDO MORENO-CAMACHO by and through his counsel, Scott N. Cameron, that the status conference presently scheduled for Monday, February 13, 2012, be vacated and a new status conference hearing date of Monday, March 12, 2012, at 9:30 a.m., be set.

The reason for this continuance is because now that the suppression motion is complete, defense counsel needs additional time to review the discovery and make decisions as to how to proceed.

It is further stipulated that the time period from the date of this stipulation, February 9, 2012, through and including the date of the new status conference hearing, March 12, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to

///

prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

DATED: February 13, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/Lexi Negin for*<br>TODD PICKLES<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANTONIO MORENO-NANEZ |
| | */s/Lexi Negin for*<br>SCOTT N. CAMERON<br>Attorney for Defendant<br>FERNANDO MORENO-CAMACHO |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 9, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, February 13, 2012, be vacated and that the case be set for **Monday, March 12, 2012, at 9:30 a.m.** The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 9, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, through and including March 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2