| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | ANTONIO MORENO-NANEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-289 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO CONTINUE STATUS CONFERENCE** |
| v. | ) **AND TO EXCLUDE TIME PURSUANT TO** |
| | ) **THE SPEEDY TRIAL ACT** |
| ANTONIO MORENO-NANEZ | ) |
| FERNANDO MORENO-CAMACHO, | ) Date: May 7, 2012 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: William B. Shubb |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant U.S. Attorney, and defendants, ANTONIO MORENO-NANEZ by and through his counsel, Lexi Negin, Assistant Federal Defender, and FERNANDO MORENO-CAMACHO by and through his counsel, Scott N. Cameron, that the status conference presently scheduled for Monday, March 12, 2012, be vacated and a new status conference hearing date of Monday, May 7, 2012, at 9:30 a.m., be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, March 5, 2012, through and including the date of the new status conference hearing, May 7, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to

///

prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendants to a speedy trial.

DATED: March 6, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/Lexi Negin for*<br>TODD PICKLES<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANTONIO MORENO-NANEZ |
| | */s/Lexi Negin for*<br>SCOTT N. CAMERON<br>Attorney for Defendant<br>FERNANDO MORENO-CAMACHO |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 5, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, March 5, 2012, be vacated and that the case be set for **Monday, May 7, 2012, at 9:30 a.m.** The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 5, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, through and including May 7, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2