SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
FERNANDO MORENO-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 11-CR-00289-02 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA CRIMINAL HISTORY EVALUATION** |
| v. | ) | |
| FERNANDO MORENO-CAMACHO, | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The government and defendant MORENO-CAMACHO, through undersigned counsel, stipulate that it would be appropriate for the United States Probation Office to prepare a criminal history evaluation, and determine the criminal history category, of defendant MORENO-CAMACHO prior to a change of plea. As such, the parties request that this Court make such an order. The "rap" sheet for MORENO-CAMACHO is ambiguous and the criminal history for MORENO-CAMACHO cannot be determined with sufficient confidence to adequately advise MORENO-CAMACHO of the consequences of a change of plea. Moreover, an accurate calculation of the defendant's criminal history category would significantly aid in the settlement of this matter.

1

The assigned Assistant United States Attorney has authorized the defense counsel for MORENO-CAMACHO to sign this stipulation on his behalf.

DATED: April 9, 2012          BENJAMIN WAGNER
United States Attorney

by    /s/ Scott N. Cameron, for
Todd Pickles
Assistant U.S. Attorney

DATED: April 9, 2012

by    /s/ Scott N. Cameron
Scott N. Cameron
Counsel for
Fernando Moreno-Camacho

<u>Order</u>

For the reasons stated in the above stipulation of counsel, the United States Probation Department is ordered to conduct a criminal history evaluation, and to determine the criminal history category, of defendant FERNANDO MORENO-CAMACHO.

DATED: April 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE